26 - cv - 118 - kd

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA

FILED - USDC ALSD
APR 3 '26 PM3:15

<u>Nicole Davis</u>

Plaintiff

6845 Carol Plantation Rd apt204

Theodore, Alabama Republic (36582)          Case Number:
2653065284

SCANNED

Defendants                    TRIAL BY JURY: YES

Linda Collins Jensen (judge for STATE OF ALABAMA)

2315 Costarides St Mobile Al 36617

Kaamilya Abdelhadi

3103 Airport Blvd Suite 100

Mobile, AL 36606

April Davis (social worker)

3103 Airport Blvd Mobile, AL 36606

Eric LAST NAME UNKNOWN(social work supervisor)

3103 Airport Blvd, Mobile AL 36606

Angela McClintock (program manager of DHR)

3103 Airport Blvd Mobile, AL 36606

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983)

Basis for Jurisdiction

Under 42 U.S.C 1983, State officials

On January 5, 2026, Kaamilya Abdelhadi, acting in on behave of Mobile County Department of Human Resources, as agent for the State of Alabama Department of Human Resources acting "under code of law" did petition the Juvenile Court of Mobile County, ALABAMA for to Violate my right to due process

Judge Linda Collins Jensen acting on behave of the JUVENILE COURT OF MOBILE COUNTY, ALABAMA did enter an order establishing MOBILE COUNTY DEPARTMENT

Human Resources authority to violate my right to due process and my right to life, liberty, or property, Nahmir Holmes being (my biological property), nahmir being under legal age of majority. I as his mother am the only legal heir to his estate.

On or around January 21, I spoke with April Davis, Ms. Davis was acting in official capacity of the MOBILE COUNTY DEPARTMENT OF HUMAN RESOURCES, I ask MS. Davis to return my property she declined. I enter an affidavit of claim to the Ashleigh Long the county clerk for Mobile County. No answer was received from any member of MOBILE COUNTY DEPARTMENT OF HUMAN RESOURCES.

I later email Ms. Davis attempting to speaking said she would. Then she later said she did not have the ability of him to speak with me.

**Nature of the case:**

Kaamilya Abdelhadi did enter perjury, stating she and her organization had authority they did not have nor a right to petition a court, did violate my right to due process and life, liberty and property.  Neither Ms Abdelhadi nor the MOBILE COUNTY DEPARTMENT OF HUMAN RESOURCES does not have jurisdiction to petition any entities on behalf of nahmir holmes

Judge Linda Collins Jansen acting "under color of law" did declare jurisdiction that she does not have in her official capacity. By doing so did violated my right to due process of law.

April Davis, appointing herself authority over nahmir, did not return my property when asked. Acting on behalf of The MOBILE COUNTY DEPARTMENT OF HUMAN RESOURCES "under colors of law" did violate my right to life, liberty and property.

Eric is the supervisor of April Davis who she stated was her direct supervisor over April did instruct and allow April to violate my rights.

**Relief**

I seek that the court that the MOBILE COUNTY DEPARTMENT OF HUMAN RESOURCES return my biological property and also pay me 450 US dollars for everyday they have held my biological property causing me and nahmir injury of liberty No entity stated above have any legal right to being in possession of or orchestrating where my sole heir's estate is.  I seek return of my biological property nahmir and also compensatory for withholding my biological property causes mental injury.

I, davis, nicole affirm "under penalty of perjury" that the statements are true to best of my knowledge.

M. Carper

NOTARY PUBLIC
MADISON CARPER
ALABAMA STATE AT LARGE

**My Commission Expires 2/27/2030**

4-3-26
%845 Carol Plantation rd
mobile, AL 36582