# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| NICOLE DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIV. A. NO. 26-118-KD-MU |
| | ) |
| LINDA COLLINS JENSEN, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this **11th day** of **June 2026.**

> **s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**